IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **WILLIAM COREY HUGHES,** | : | |
| | : | |
| Movant, | : | |
| v. | : | Case No. 3:15-cr-57-CAR-CHW-1 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | Proceedings Under 28 U.S.C. § 2255 |
| | : | Before the U.S. Magistrate Judge |
| Respondent. | : | |
| | : | |

# ORDER

Following a guilty plea to a superseding information (Docs. 33, 34, 36, 37), the Court sentenced Movant William Corey Hughes on February 7, 2017 (Doc. 41), and entered judgment in the case on February 13, 2017. (Doc. 42). Hughes did not appeal. Over eight years later, he has filed a Motion to Vacate pursuant to 28 U.S.C. § 2255. (Doc. 47).

Hughes failed to use the standard form petition for § 2255 motions. Therefore, the Court is unable to conduct an initial review of his motion in accordance with the provisions of Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts at this time. It is **ORDERED** that Hughes **RECAST** his § 2255 motion to vacate **within 30 days of the date of this order**, in which he must clearly enumerate <u>all</u> his grounds for habeas relief. If Hughes fails to recast his motion, Hughes will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in the original motion. Additionally, when prompted by the form, Hughes is advised to explain why the one-year statute of limitations contained in 28 U.S.C. § 2255 should not bar his motion.

The Clerk of Court is **DIRECTED** to provide Hughes with a copy of the required § 2255 form petition.

**SO ORDERED AND DIRECTED**, this 26th day of August, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
