IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **WILLIAM COREY HUGHES,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | **Case No. 3:15-CR-57-CAR-CHW-1** |
| | : | |
| | : | **Proceeding Under 28 U.S.C. § 2255** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

**ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Report and Recommendation to dismiss without prejudice Movant William Corey Hughes's Motion to Vacate pursuant to 28 U.S.C. § 2255 pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order or otherwise prosecute his case. Petitioner has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Report and Recommendation [Doc. 50] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES WITHOUT PREJUDICE** Petitioner's Motion to Vacate [Doc. 47] pursuant to Rule 41(b) for failure to comply with the Court's order or otherwise prosecute his case.

**SO ORDERED,** this 5th day of October, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT