IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

WILLIAM COREY HUGHES, *

Petitioner, *

v. Case No. 3:15-CR-00057-CAR-CHW

UNITED STATES OF AMERICA, *

Respondent. *

## **J U D G M E N T**

Pursuant to this Court's Order dated October 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 5th day of October, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk